USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DIMITRIOS LYMBERATOS,

Defendant.

---

21-cr-170 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The parties have requested a 60-day adjournment of the pretrial conference scheduled for September 14, 2021. The parties also request the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interests of justice from today's date until the new conference date selected by the Court. The Defendant consents to the requested exclusion.

It is hereby ordered that the pretrial conference scheduled for September 14, 2021 is adjourned to November 16, 2021 at 10:00 AM. All time from September 8, 2021 through November 16, 2021 is excluded under the Speedy Trial Act. The Court finds that the interests of justice served by such exclusion outweigh the interests of the defendant and the public in a speedy trial, since it will allow the defendant to receive and review discovery, consider any appropriate motions, prepare for trial and/or discuss a consensual resolution of the case. *See* 18 USC 3161(h)(7). **SO ORDERED.**

Date: September 8, 2021
New York, NY

MARY KAY VYSKOCIL
United States District Judge