UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/21

UNITED STATES OF AMERICA,

        -against-

DIMITRIOS LYMBERATOS

        Defendant.

1:21-cr-0170 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    IT IS HEREBY ORDERED that the status conference scheduled for November 16th is adjourned to December 3rd at 1pm.

    The proceeding will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, in courtroom 18C.

    IT IS FURTHER ORDERED that all time between the date of this Order and December 3rd is excluded under the Speedy Trial Act.

**SO ORDERED.**

**Date: November 15, 2021**

MARY KAY VYSKOCIL
United States District Judge