USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/1/2022

LAW OFFICES OF
**JEFFREY LICHTMAN**
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

February 28, 2022

**BY ECF**
Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: **United States v. Lymberatos**, 21 CR 170 (MKV)

Dear Judge Vyskocil:

     I am writing on behalf of defendant Dimitrios Lymberatos to respectfully request a modification of the defendant's conditions of release which would permit him to travel to Sunny Isles, Florida from March 10 through March 19, 2022 for vacation. Both the government, by AUSA Kedar Bhatia, and Pretrial Services, by PTSO Laura Gialanella, have no objection to this request. If approved, Mr. Lymberatos would provide Pretrial Services with a detailed itinerary of his trip.

     By way of background, Judge Moses released the defendant on October 9, 2020 pursuant to a $200,000 personal recognizance bond secured by two financially responsible persons and the defendant's home, with travel limited to the Southern and Eastern Districts of New York. In the time since his release, the defendant has remained compliant with the aforementioned conditions.

JEFFREY LICHTMAN

Hon. Mary Kay Vyskocil
United States District Judge
February 28, 2022
Page 2

      Thank you for the Court's consideration of this application. I remain available for a teleconference should Your Honor deem it necessary.

                                      Respectfully submitted,

                                      Jeffrey Lichtman

cc:    All counsel (by ecf)
        Pretrial Services (by email)

SO ORDERED:

_____            Date: March 1, 2022
HON. MARY KAY VYSKOCIL, U.S.D.J.