LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2022

November 16, 2022

**BY ECF**
Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Lymberatos</u>, 21 CR 170 (MKV)

Dear Judge Vyskocil:

    I am writing on behalf of defendant Dimitrios Lymberatos to respectfully request a modification of the defendant's conditions of release which would permit him to travel to Sunny Isles, Florida from December 11 through December 18, 2022 for vacation with his family. Both the government, by AUSA Jacob Fiddelman, and Pretrial Services, by PTSO Laura Gialanella, have no objection to this request. If approved, Mr. Lymberatos would provide Pretrial Services with a detailed itinerary of his trip.

    By way of background, Judge Moses released the defendant on October 9, 2020 pursuant to a $200,000 personal recognizance bond secured by two financially responsible persons and the defendant's home, with travel limited to the Southern and Eastern Districts of New York. In the time since his release, the defendant has remained compliant with the conditions of his release.

JEFFREY LICHTMAN

Hon. Mary Kay Vyskocil
United States District Judge
November 16, 2022
Page 2

      Thank you for the Court's consideration of this application. I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:    All counsel (by ECF)
        Pretrial Services (by email)

~~SO ORDERED.~~

~~HON. MARY KAY VYSKOCIL, U.S.D.J.~~

**The requested modification is DENIED. SO ORDERED.**

Date: 11/16/2022
New York, New York

Mary Kay Vyskocil
United States District Judge