UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **SEALED ORDER** |
| v. | 21 Cr. 170 (MKV) |
| DIMITRIOS LYMBERATOS, | |
| Defendant. | |

WHEREAS, an application has been made by the United States of America, with the defendant's consent, for the temporary sealing of future filings, transcripts, and docket entries in the above-captioned case;

WHEREAS, the Court finds that the defendant's safety may be placed at risk and active law enforcement investigations may be compromised if the Government's application is not granted;

IT IS HEREBY ORDERED that all future filings in the above-captioned case be filed under seal until further order by this Court;

IT IS FURTHER ORDERED that no further docket entries shall be made in the above-captioned matter until further Order by this Court; and

IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the transcript of proceedings in this matter without further Order of the Court; and

IT IS FURTHER ORDERED that the Government shall report to the Court on or before six months after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

SO ORDERED:

Dated:      New York, New York
            11/29/21

*Mary Kay Vyskocil*

THE HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK