LAW OFFICES OF
## JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2023

June 22, 2023

**BY ECF**
Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Lymberatos**, 21 CR 170 (MKV)

Dear Judge Vyskocil:

    I am writing on behalf of defendant Dimitrios Lymberatos to respectfully request a modification of the defendant's conditions of release which would extend his curfew and permit him out of his home from 7:00 a.m. to 9:30 p.m. so that he may attend doctor's appointments and travel back and forth to the Dunes rehabilitation facility in Southampton, New York for the final month before he surrenders to begin his term of incarceration. Presently, his curfew permits him out of his home from 9:00 a.m. to 8:00 p.m. daily. Additionally, Mr. Lymberatos requests a second modification which would permit him to visit with his godson in Jersey City, New Jersey on Sunday, July 16 and take him to church services. Both the government, by AUSA Jacob Fiddelman, and Pretrial Services, by PTSO Laura Gialanella, have no objection to these requests.

    By way of background, Judge Moses released the defendant on October 9, 2020 pursuant to a $200,000 personal recognizance bond secured by two financially responsible persons and the defendant's home, with travel limited to the Southern and Eastern Districts of New York. On December 5, 2022, Your Honor imposed the above-referenced curfew on the defendant, and on April 24, 2023, the Court sentenced him to a three year period of incarceration. He is set to begin service of his sentence on July 24, 2023.

Jeffrey Lichtman

Hon. Mary Kay Vyskocil
United States District Judge
June 22, 2023
Page 2

    Thank you for the Court's consideration of this application. I remain available for a conference should Your Honor deem it necessary.

                                                    Respectfully submitted,

                                                    Jeffrey Lichtman

cc:    All counsel (by ECF)
       Pretrial Services (by email)

SO ORDERED: 6/22/2023

_____
HON. MARY KAY VYSKOCIL, U.S.D.J.