```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
:
UNITED STATES OF AMERICA
:    21-CR-00170-MKV-1
       -against-                     :    ORDER
:
Dimitrios Lymberatos
:
          Defendant
:
------------------------------------X

Mary Kay Vyskocil, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to allow Pretrial Services to remove the defendant's GPS monitor on ~~July 21, 2023, in advance of his planned surrender to his designated BOP facility on~~ July 24, 2023.

   Dated: New York, New York
          July 18, 2023

                                           SO ORDERED:

                                           _____
                                           Mary Kay Vyskocil
                                           United States District Judge