USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2023

**LAW OFFICES OF**
**JEFFREY LICHTMAN**
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

August 14, 2023

**BY ECF**
Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **United States v. Lymberatos**, 21 CR 170 (MKV)

Dear Judge Vyskocil:

    I am writing on behalf of defendant Dimitri Lymberatos and without objection from the government to respectfully request that Pretrial Services be directed to return Mr. Lymberatos' passport to his family as the defendant is presently serving the term of incarceration imposed by Your Honor.

    Thank you for the Court's consideration of this application. I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Einhorn

All counsel (by ECF)

---

**DENIED without prejudice to renewal after Defendant is released from custody.  SO ORDERED.**

Date: 8/15/2023
New York, New York

Mary Kay Vyskocil
United States District Judge